IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-01666-TPO

JOHAN SEBASTIAN FIGUEROA-PEREZ,

     Petitioner,

v.

ROBERT HAGAN, Denver Field Office Director,
Enforcement and Removal Operations,
U.S. Immigration and Customs Enforcement,

MARKWAYNE MULLIN, Secretary,
U.S. Department of Homeland Security,

TODD BLANCHE, U.S. Attorney General,

and

Warden of the Denver Contract Detention Facility,
Aurora ICE Processing Center,

in their official capacities,

     Respondents.

---

## MINUTE ORDER

---

**Entered by Timothy P. O'Hara, United States Magistrate Judge, on May 8, 2026.**

Before this Court is Petitioner's Notice of Respondents' Failure to Comply. ECF 6.

This Court previously ordered Respondents to show cause why the Petition should not be granted. ECF 4. This Court also ordered Petitioner to serve the Respondents with the Petition, exhibits, and that Order to Show Cause. *Id*. In his Notice [ECF 6], Petitioner complains that Respondents have not yet made an appearance despite such service. However the record does not show that Petitioner complied with the requirements of Fed. R. Civ. P. 4(i). One defect is that Petitioner did not send the documents to the U.S. Attorney's Office for the District of Colorado as Fed. R. Civ. P. 4(i)(1)(A) requires. A second defect with service is that Petitioner sent the documents to two persons in Arizona, *see* ECF 5 at 3-4, although he alleges detention in Colorado. A third potential defect is that the filings of another petitioner may have been served instead of Petitioner's documents.

Consequently, there is need for the Petitioner to complete service of process in full compliance with what Fed. R. Civ. P. 4 requires for service on the named Respondents.

**Petitioner shall re-serve Respondents with the Petition, exhibits, the Order to Show Cause, and this Minute Order by <u>May 13, 2026</u>.**

Within 48 hours of serving Respondents, Petitioner shall file proof of service on the docket, and counsel for Respondents shall promptly enter notices of appearance.

The deadline for Respondents to show cause why the Petition [ECF 1] should not be granted is extended to **May 20, 2026**.

The deadline for the Parties complete and file the Magistrate Judge Consent Form [ECF 3] is extended to **May 20, 2026**.

The deadline for Petitioner to reply is extended to **May 27, 2026**.