IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-01666-TPO

JOHAN SEBASTIAN FIGUEROA-PEREZ,

      Petitioner,

v.

ROBERT HAGAN, Denver Field Office Director,
Enforcement and Removal Operations,
U.S. Immigration and Customs Enforcement,

MARKWAYNE MULLIN, Secretary,
U.S. Department of Homeland Security,

TODD BLANCHE, U.S. Attorney General,

and

Warden of the Denver Contract Detention Facility,
Aurora ICE Processing Center,

in their official capacities,

      Respondents.

---

**MINUTE ORDER**

---

**Entered by Timothy P. O'Hara, United States Magistrate Judge, on June 15, 2026.**

Upon review of the Parties' submissions, the Court has determined that additional information is required. On or before **June 22, 2026**, both Parties shall file a Supplement (maximum five pages) addressing two portions of Petitioner's immigration file and the impact on his current detention:

1)  Petitioner's parole under § 212(d)(5)(A) – *see* ECF 1-2 at 22;

2)  The Order of Removal under § 235(b)(1) – *see* ECF 1-2 at 129-30.

Additionally, Petitioner may address whether an amendment to the Petition is appropriate considering the Court's Order.